JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MOSQUEDA, | Case No. CV11-02524 ABC (AGRx) |
| Plaintiff, | Judge: Hon. Audrey B. Collins<br>Ctrm: 680 |
| v. | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| PMC BANCORP; CITIMORTGAGE; CAL-WESTERN RECONVEYANCE and DOES 1-10, Inclusive, | |
| Defendant. | |

Having considered Plaintiff RAMON MOSQUEDA'S and Defendant CITIMORTGAGE, INC.'S stipulation of dismissal, this Court hereby dismisses the entire action is dismissed <u>with</u> prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  1/27/2012

By: _Audrey B. Collins_____
AUDREY B. COLLINS
UNITED STATES DISTRICT
COURT JUDGE

983217.1

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W